Peter Strojnik, 6464
**THE LAW FIRM OF PETER STROJNIK**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
e-mail: *Strojnik@aol.com*
Attorney for Defendant Firerock

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AURORA LOAN SERVICES, LLC, its assignees and/or successor's in interest, ) Plaintiff, ) ) vs. ) ) DOUG STARKS, Occupants and ) Parties-In-Interest, including ) FIREROCK INTERNATIONAL ) GROUP, INC., formerly SUNBELT ) FINANCIAL CONCEPTS, INC., an ) Arizona Corporation ) Defendants. ) | NO. 2:10-cv-02069-SRB<br><br>**ANSWER AND DEMAND FOR TRIAL BY JURY** |

1. Answering the allegations in ¶1 of the Plaintiff's Complaint, this Answering Defendant is without sufficient information to admit or deny the remaining allegations and, therefore, denies the same.

2. Answering the allegations in ¶2 of the Plaintiff's Complaint, this Answering Defendant admits the same.

-1-

3. Answering the allegations in ¶3 of the Plaintiff's Complaint, this Answering Defendant admits the same.

4. Answering the allegations in ¶4 of the Plaintiff's Complaint, this Answering Defendant is without sufficient information to admit or deny the same and, therefore, denies the same.

5. Answering the allegations in ¶5 of the Plaintiff's Complaint, this Answering Defendant is without sufficient information to admit or deny the same and, therefore, denies the same.

6. Answering the allegations in ¶6 of the Plaintiff's Complaint, this Answering Defendant is without sufficient information to admit or deny the same and, therefore, denies the same.

7. Answering the allegations in ¶7 of the Plaintiff's Complaint, this Answering Defendant denies the same.

8. Answering the allegations in ¶8 of the Plaintiff's Complaint, this Answering Defendant admits that the prevailing party to this proceeding shall be entitled to an award of attorney's fees, but denies the remaining allegations.

9. This Answering Defendant denies each and every allegation not specifically admitted herein.

10. This Answering Defendant affirmatively alleges that pursuant to A.R.S. §§12-1178 and 12-341.01, Defendant Firerock is entitled to damages, attorney fees and court and other costs incurred in the defense of this Action.

11. As for its affirmative defenses, Defendant Firerock alleges unclean hands, offset, accord and satisfaction, settlement, non-compliance by Plaintiff with the Protecting Tenants at Foreclosure Act, ripeness and all other defenses that may become applicable to this case.

WHEREFORE, Defendant Firerock prays for relief as follows:

A. For Judgment in its favor on Plaintiff's Complaint; and

B. For costs, attorney's fees and damages pursuant to A.R.S. § 12-1178 and 12-341.01; and

C. For such other and further relief as the Court may deem just and proper.

## REQUEST FOR TRIAL BY JURY

Defendant Firerock requests a trial by jury.

RESPECTFULLY SUBMITTED this 27th day of September, 2010.

**PETER STROJNIK, P.C.**

_____
By: Peter Strojnik
Attorney for Defendant Defendant Firerock

The original of the foregoing e-filed
this 27th day of September with the

1. Clerk of the United States District Court
2. And a copy e-mailed to Jason Sherman, counsel for Plaintiff.
3.
4. /s/