IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AURORA LOAN SERVICES LLC, | ) | CV. NO. 2:10-cv-02069 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOUG STARKS, Occupants and Parties-In-Interest, including FIREROCK INTERNATIONAL GROUP, INC., formerly SUNBELT FINANCIAL CONCEPTS, INC., an Arizona Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER SCHEDULING STATUS CONFERENCE

The court hereby schedules a status conference on Monday, May 2, 2011, at 2:00 p.m., at the Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona, in a courtroom to be assigned.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 6, 2011.

_____
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE