# MINUTES

CASE NUMBER: 2:10-CV-02069DAE

CASE NAME: Aurora Loan Services LLC v. Doug Starks, et al.

ATTYS FOR PLA: Peter Strojnik

ATTYS FOR DEFT: Stephen M Dichter

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Linda Schroeder |
| DATE: | 05/03/2011 | TIME: | 2:00pm-2:20pm |

COURT ACTION: EP: Status Conference.

Status Conference held.

Submitted by: Theresa Lam, Courtroom Manager